# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES A. COLIN, ESQ.,
Petitioner,
vs.
STATE BAR OF NEVADA,
Respondent.

No. 72628

FILED

SEP 2 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of prohibition or mandamus challenging the State Bar's complaint and conduct in the pending disciplinary matter against petitioner. Petitioner asks this court to order the State Bar to dismiss the complaint or, alternatively, to order the State Bar to comply with the rules governing disciplinary proceedings.

Having considered the petition and supporting documents, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted at this time. An appeal in the disciplinary matter is currently pending in this court in docket no. 73031. Petitioner may raise the arguments from his petition in the pending appeal, and thus has a plain, speedy, and adequate legal remedy by way of the appeal. *See* SCR 105(3)(b) (providing for automatic review after certain forms of discipline are imposed); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (providing that an appeal is generally considered an adequate legal remedy precluding writ relief). Accordingly,

17-32011

we decline to intervene in this matter and we deny the petition.[1] *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, Sr.J.
Saitta

cc:    Chair, Southern Nevada Disciplinary Board
       James A. Colin
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada

---

[1]In light of this disposition, we deny as moot petitioner's motion to stay the disciplinary proceedings.

[2]The Honorables Michael Cherry, Chief Justice, and Michael L. Douglas, Mark Gibbons, and Kristina Pickering, Justices, did not participate in the decision of this matter.